IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KESHIA LANIER, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION No. 3:16cv285-KKD |
| | : | (WO) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Respondent. | : | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Judgment is entered in favor of the United States of America and against the Petitioner and that the Petitioner's case is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **21st** day of **August 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**